Form DEF7 (09/12)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**David W Charron**<br>11451 Bowers Drive<br>Lowell, MI 49331<br>SSN: xxx–xx–5819<br><br>**Debtor** | **Case Number 14–07970–jwb**<br><br>**Chapter 7**<br><br>**Honorable James W. Boyd** |

# NOTICE OF FILING(S) DUE

A petition was filed in the above–referenced case on 12/31/14 . Please be advised that the following list of documents have not been filed with the petition and must be filed in the immediate future.

    Schedules A–J due 01/14/2015
    Summary of Schedules due 01/14/2015
    Means Test Form B22 due 01/14/2015
    Summary of Sched Pg 2 due 01/14/2015
    Aty Disclosure Stmt. due 01/14/2015
    Declaration of Scheds due 01/14/2015
    Stmt. of Fin. Affairs due 01/14/2015

Local Rule 5005–2(f) of this Court requires that certain documents be filed simultaneously with the petition commencing a bankruptcy case. Pursuant to said Local Rule, if the defect is not corrected by the filing of the missing papers within 14 days of service of the Notice of Filings Due, the case may be dismissed without further notice to the debtor or any interested parties. Please note that all documents must be signed or accompanied by sworn declaration.

Daniel M. LaVille
Clerk of Court

**Dated:** January 2, 2015