# United States Bankruptcy Court
### Western District of Michigan

In re: __David W Charron__                                           Case No. _____
                                    Debtor(s)                        Chapter   __7__

## VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  __December 30, 2014__              /s/ David W Charron
                                          **David W Charron**
                                          Signature of Debtor

```
4949 PLAINFIELD LLC
1140 WILSON AVE. NW
GRAND RAPIDS MI 49534


ADA TOWNSHIP
PO BOX 370
ADA MI 49301


ADVANCED RADIOLOGY SERVICES
100 S. OWASSO BLVD WEST
SAINT PAUL MN 55117


ADVANCED RADIOLOGY SERVICES
3264 NORTH EVERGREEN DR.
GRAND RAPIDS MI 49525-9746


AMERICAN EXPRESS
BOX 001
LOS ANGELES CA 90096-8000


AMERICAN EXPRESS
C/O UNITED RECOVERY SERVICE
PO BOX 722929
HOUSTON TX 77272-2929


BANK OF AMERICA
PO BOX 15026
WILMINGTON DE 19850


BIG CROOKED LAKE CONDO ASS'N
C/O CORY DEEDS
11460 BOWERS DRIVE
LOWELL MI 49331


BRENNAN FAMILY DENTISTRY
3152 PEREGRINE DR NE
SUITE 200
GRAND RAPIDS MI 49525-9723


CH LAW, PC
PO BOX 206
BELMONT MI 49306
```

```
CHARRON & HANISCH, PLC
PO BOX 206
BELMONT MI 49306


CITIMORTGAGE, INC.
1000 TECHNOLOGY DR.
MS 314 0
FALLON MO 63368-2239


DISCOVER BANK
PO BOX 6103
CAROL STREAM IL 60197-6103


DISCOVER BANK
C/O CAPITAL MANAGEMENT SERVICE
698-1/2 SOUTH OGDEN ST.
BUFFALO NY 14206-2317


DISCOVER BANK
C/O ESTATE INFOR. SVCS., LLC
D/B/A EIS COLLECTIONS
PO BOX 1398
REYNOLDSBURG OH 43068-6398


FOUNDERS BANK & TRUST
PO BOX 1828
GRAND RAPIDS MI 49501


FOUNDERS BANK & TRUST
5200 CASCADE ROAD SE
GRAND RAPIDS MI 49546


FOUNDERS BANK & TRUST
C/O OLD NATIONAL BANK
ONE MAIN STREET
EVANSVILLE IN 47708


GLENN S. MORRIS, IND.
TTEE OF GLENN S. MORRIS TRUST
6725 BLYTHEFIELD CT.
ROCKFORD MI 49341


GREENTREE
PO BOX 94710
PALATINE IL 60094-4710
```

GREENTREE
PO BOX 6172
RAPID CITY SD 57709-6172


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATI
PO BOX 7346
PHILADELPHIA PA 19101-7346


KENT COUNTY TREASURER
PO BOX Y
GRAND RAPIDS MI 49501


KIMBERLY JO CHARRON
7500 - 3 MILE ROAD
ADA MI 49301


MERCY HEALTH PHYSICIAN PARTNER
PO BOX 120153
GRAND RAPIDS MI 49528


MICHIGAN DEPT OF TREASURY
TREASURY BUILDING
LANSING MI 48918


NAVIENT / SALLIE MAE
PO BOX 3319
WILMINGTON DE 19804-4319


PARKLAND INVESTMENTS INC.
85 WEST WALTON, SUITE A
MUSKEGON MI 49441


PNC BANK
PO BOX 747032
PITTSBURGH PA 15274-7032


PNC BANK
PO BOX 5570
LOUISVILLE KY 40285-6177


PNC BANK
PO BOX 5570
CLEVELAND OH 44101-0570

PNC BANK
C/O NATIONAL ENTERPRISE SYSTEM
29125 SOLON ROAD
SOLON OH 44139-3442


PNC BANK
C/O NCB MANAGEMENT SERVICES
PO BOX 1099
LANGHORNE PA 19047


PNC BANK
PO BOX 747066
PITTSBURGH PA 15274-7066


PNC BANK
PO BOX 856177
LOUISVILLE KY 40285-6177


PNC BANK
C/OVIKING CLIENT SERVICES, INC
PO BOX 59207
MINNEAPOLIS MN 55459-0207


PRIORITY HEALTH
1231 EAST BELTLINE NE
GRAND RAPIDS MI 49525-4501


REALICO, INC.
2025 E. BELTLINE SE
GRAND RAPIDS MI 49546


SAINT MARY'S HEALTH CARE
C/O MEDICREDIT, INC.
PO BOX 1022
WIXOM MI 48393-1022


SALLIE MAE
DEPT OF EDUCATION
LOAN SERVICES
PO BOX 9635
WILKES BARRE PA 18773-9635


TROTT & TROTT, PC (TEAM C)
31440 NORTHWESTERN HWY.
SUITE 200
FARMINGTON MI 48334-2525

WILLIAM C. CHARRON
14407 WESTWIND DR.
GRAND HAVEN MI 49417

WILLIAM C. CHARRON
14407 WESTWIND DR.
GRAND HAVEN MI 49417