United States Bankruptcy Court
Western District of Michigan

In re:                                                                          Case No. 14-07970-jwb
David W Charron                                                                 Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0646-1        User: lanel           Page 1 of 1              Date Rcvd: Jan 02, 2015
                            Form ID: def7        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 04, 2015.
db              +David W Charron,    11451 Bowers Drive,    Lowell, MI 49331-9155

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2015                              Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 31, 2014 at the address(es) listed below:
          Perry G. Pastula    on behalf of Debtor David W Charron bankruptcy@dunnsslaw.com
                                                                                          TOTAL: 1

Form DEF7 (09/12)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**David W Charron**<br>11451 Bowers Drive<br>Lowell, MI 49331<br>SSN: xxx–xx–5819<br><br>**Debtor** | **Case Number 14–07970–jwb**<br><br>**Chapter 7**<br><br>**Honorable James W. Boyd** |

# NOTICE OF FILING(S) DUE

A petition was filed in the above–referenced case on 12/31/14 . Please be advised that the following list of documents have not been filed with the petition and must be filed in the immediate future.

    Schedules A–J due 01/14/2015
    Summary of Schedules due 01/14/2015
    Means Test Form B22 due 01/14/2015
    Summary of Sched Pg 2 due 01/14/2015
    Aty Disclosure Stmt. due 01/14/2015
    Declaration of Scheds due 01/14/2015
    Stmt. of Fin. Affairs due 01/14/2015

Local Rule 5005–2(f) of this Court requires that certain documents be filed simultaneously with the petition commencing a bankruptcy case. Pursuant to said Local Rule, if the defect is not corrected by the filing of the missing papers within 14 days of service of the Notice of Filings Due, the case may be dismissed without further notice to the debtor or any interested parties. Please note that all documents must be signed or accompanied by sworn declaration.

*Daniel M. LaVille*
Daniel M. LaVille
Clerk of Court

**Dated:** January 2, 2015