UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

DAVID W CHARRON,

                Case No. 14-07970-jwb
  Debtor.             Chapter 7

_____/

**APPEARANCE**

    NOW COMES Jonathan F. Thoits, of Founders Bank & Trust, a division of Old National Bank, and hereby enters his appearance in this matter.

Dated: January 8, 2015        Founders Bank & Trust
                                            a division of Old National Bank

                                            By:   /s/ Jonathan F. Thoits
                                            Jonathan F. Thoits (P34573)
                                            Vice President and General Counsel
                                            5200 Cascade Rd. SE
                                            Grand Rapids, MI  49546
                                            Telephone:  (616) 575-3794