UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

In Re:                                                                    Case No. 14-07970

DAVID W. CHARRON,                                          Chapter 7; Filed 12/31/14

    Debtor.                                                            Hon. James W. Boyd
_____/

**DEBTOR'S MOTION FOR FIRST EXTENSION OF TIME TO FILE
BANKRUPTCY SCHEDULES, STATEMENTS, AND RELATED DOCUMENTS**

    NOW COMES the Debtor, by and through his attorneys, Dunn, Schouten, & Snoap, and moves this Honorable Court pursuant to Bankruptcy Rule 1007(a)(4) and 3015(b) for a first extension of time to file his schedules, statements, and related documents, and in support states as follows:

    1.    The Debtor filed his voluntary petition for relief under Chapter 7 of the Bankruptcy Code on December 31, 2014. The deadline for filing the Debtor's schedules and statement of financial affairs is January 14, 2015.

    2.    The Debtor operates a law practice and has real estate in addition to his home which will require additional time to collect the information to prepare the documents.

    3.    In order to properly complete the schedules, statements, and related documents additional time is needed. In light of the situation there is cause for extending the time for filing the schedules and statements to January 28, 2015.

    4.    The date for the meeting of creditors is scheduled for February 9, 2015 and therefore the United States Trustee, creditors, and other parties in interest will have sufficient time to review the documents prior to the meeting of creditors.

WHEREFORE, the Debtor prays that this Court grant his Motion for First Extension of Time to File Schedules, Statements, and Related Documents to and including January 28, 2015, and that the Court grant such other and further relief it deems just and equitable.

          Respectfully submitted,

          DUNN, SCHOUTEN & SNOAP

Date: January 14, 2015        By: /s/ Perry G. Pastula
          Perry G. Pastula (P35588)
          Attorneys for Debtor
          **Business Address and Telephone:**
          2745 DeHoop Avenue SW
          Wyoming, MI 49509
          (616) 538-6380