UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:                                            Case No. 14-07970

DAVID W. CHARRON,                   Chapter 7; Filed 12/31/14

     Debtor.                               Hon. James W. Boyd
_____/

**ORDER GRANTING DEBTOR'S MOTION FOR EXTENSION OF TIME TO FILE BANKRUPTCY SCHEDULES, STATEMENTS, AND RELATED DOCUMENTS**

The Debtor having filed his Motion for First Extension of Time to File Bankruptcy Schedules, Statements, and Related Documents; a copy of the Motion and Proposed Order having been served upon the Chapter 7 Trustee and the Office of the United States Trustee; no objections to the Motion being posed; and the Court being otherwise fully advised in the premises:

NOW, THEREFORE, IT IS HEREBY ORDERED, that the time for the Debtor to file his schedules, statements, and related documents is extended to and including January 28, 2015.

**END OF ORDER**