UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:                                                  Case No. 14-07970

DAVID W. CHARRON,                     Chapter 7; Filed 12/31/14

       Debtor.                                      Hon. James W. Boyd
_____/

**CERTIFICATE OF SERVICE**

        The undersigned states that a copy of the ***Debtor's Motion for First Extension of Time to File Bankruptcy Schedules, Statements, and Related Documents*** and the ***Proposed Order Granting Debtor's Motion for First Extension of Time to File Bankruptcy Schedules, Statements, and Related Documents*** was served on the following as indicated:

**Via ECF Notice 1/14/15**                  **Via U.S. Mail   1/14/15**
Lisa E. Gocha                             Office of the U.S. Trustee
Chapter 7 Trustee                       125 Ottawa Ave. NW, Suite 200R
                                                         Grand Rapids, MI 49503

        I declare under the penalty of perjury that the statement above is true to the best of my information, knowledge, and belief.

Dated:   January 14, 2015                   /s/ Beverly A. Leestma
                                                      Beverly A. Leestma
                                                      Assistant to Perry G. Pastula (P35588)
                                                      Dunn, Schouten & Snoap, P.C.
                                                      2745 DeHoop Ave. SW
                                                      Wyoming, MI 49509
                                                      (616) 538-6380