UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

| | |
|---|---|
| In Re: | Case No. 14-07970 |
| DAVID W. CHARRON, | Chapter 7; Filed 12/31/14 |
| Debtor. | Hon. James W. Boyd |
| _____/ | |

**PROOF OF SERVICE**

**Documents Served:**

Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

**Persons Served:**

| | | |
|---|---|---|
| Title Check, LLC | Glenn Morris | The Glenn S. Morris Trust |
| 622 W. Kalamazoo Ave. | 6725 Blythefield Ct. | 6725 Blythefield Ct. |
| Kalamazoo, MI 49007-3308 | Rockford, MI 49341 | Rockford, MI 49341 |
| | | |
| Attorney Grievance Commission | Joseph Krzewski | City of Grand Rapids |
| Buhl Building | 383 Whitetail Ct. | Income Tax Dept. |
| 535 Griswold, Suite 1700 | Grandville, MI 49418 | PO Box 347 |
| Detroit, MI 48226 | | Grand Rapids, MI 49501-0347 |

Bank of America
PO Box 982236
El Paso, TX 79998-2236

     The undersigned certifies that the documents listed above were served upon the persons listed either electronically or by depositing said copies in the U.S. Mail, postage prepaid, on the date indicated below.

Dated:  February 4, 2015                    /s/ Beverly A. Leestma
                                                     Beverly A. Leestma
                                                     DUNN, SCHOUTEN & SNOAP
                                                     2745 DeHoop Avenue SW
                                                     Wyoming, MI  49509
                                                     (616) 538-6380