UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:

                                            Chapter 7

David W Charron,                      Case No. 14-07970

      Debtor.

_____/

## NOTICE OF APPEARANCE AND
## REQUEST FOR NOTICES AND SERVICE OF PAPERS

      PLEASE TAKE NOTICE that Glenn Morris & Associates, by its attorneys, Miller, Canfield, Paddock and Stone, P.L.C., appears in this matter in accordance with 11 U.S.C. § 1109(b) and Bankruptcy Rule 9010, and requests, as provided in 11 U.S.C. §§ 102(1) and 342 and Bankruptcy Rules 2002 and 9007, that Eric D. Carlson be placed on the mailing matrix filed by the Debtor in this case, and that copies of all pleadings and other papers, including, without limitation, all notices, motions, applications, objections, responses, lists, schedules, statements, and all other matters arising in the case, be served upon him, at the address set forth below:

Eric D. Carlson, Esq.
Miller Canfield Paddock & Stone, PLC
1200 Campau Square Plaza, 99 Monroe Avenue, N.W.
Grand Rapids, MI 49503
Phone: 616.454.8656
Fax: 616.776.6322
Email:  carlson@millercanfield.com

      **PLEASE TAKE FURTHER NOTICE** that the foregoing request includes the notice of any application, motion, petition, pleadings, request, complaint or demand, whether formal or

informal, whether written or oral, and whether transmitted or conveyed by mail, overnight delivery, telephone, email or otherwise, or made with regard to the referenced case or any proceedings herein.

       Respectfully submitted,

       MILLER, CANFIELD, PADDOCK AND STONE, PLC

       By: /s/ Eric D. Carlson
       Eric D. Carlson (P60277)
       1200 Campau Square Plaza, 99 Monroe Avenue, N.W.
       Grand Rapids, MI 49503
       Phone: 616.454.8656
       Fax: 616.776.6322
       carlson@millercanfield.com

Dated: February 5, 2015