**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN**

IN RE:

                                                Chapter 7

David W Charron,                   Case No. 14-07970

      Debtor.

_____/

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICES AND SERVICE OF PAPERS**

     PLEASE TAKE NOTICE that Glenn Morris & Associates, by its attorneys, Miller, Canfield, Paddock and Stone, P.L.C., appears in this matter in accordance with 11 U.S.C. § 1109(b) and Bankruptcy Rule 9010, and requests, as provided in 11 U.S.C. §§ 102(1) and 342 and Bankruptcy Rules 2002 and 9007, that Ronald A. Spinner be placed on the mailing matrix filed by the Debtor in this case, and that copies of all pleadings and other papers, including, without limitation, all notices, motions, applications, objections, responses, lists, schedules, statements, and all other matters arising in the case, be served upon him, at the address set forth below:

Ronald A. Spinner, Esq.<br>
Miller, Canfield, Paddock and Stone, P.L.C.<br>
150 W. Jefferson Avenue, Suite 2500<br>
Detroit, MI 48226<br>
Phone:  (313) 496-7829<br>
Fax:  (313) 496-8452<br>
spinner@millercanfield.com

     **PLEASE TAKE FURTHER NOTICE** that the foregoing request includes the notice of any application, motion, petition, pleadings, request, complaint or demand, whether formal or

23836244.1\133922-00003

informal, whether written or oral, and whether transmitted or conveyed by mail, overnight delivery, telephone, email or otherwise, or made with regard to the referenced case or any proceedings herein.

        Respectfully submitted,

        MILLER, CANFIELD, PADDOCK AND STONE, PLC

        By:    /s/ Ronald A. Spinner
                  Ronald A. Spinner - P73198
                  Miller Canfield Paddock & Stone PLC
                  150 W. Jefferson Ave., Suite 2500
                  Detroit, MI 48226
                  (313) 496-7829
                  (313) 496-8452 (Fax)
                  Email: spinner@millercanfield.com

Dated:  February 5, 2015

23836244.1\133922-00003