UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

| | |
|---|---|
| In Re: | Case No. 14-07970 |
| DAVID W. CHARRON, | Chapter 7; Filed 12/31/14 |
| Debtor. | Hon. James W. Boyd |
| _____/ | |

## PROOF OF SERVICE

**Documents Served:**

Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

**Persons Served:**

| | | |
|---|---|---|
| Mercy Health Saint Mary's | Mercy Health Physician Partners | Medicredit |
| Box 830913 | PO Box 88087 | PO Box 1022 |
| Birmingham, AL 35283-0913 | Chicago, IL 60680-1087 | Wixom MI 48393-1022 |

     The undersigned certifies that the documents listed above were served upon the persons listed either electronically or by depositing said copies in the U.S. Mail, postage prepaid, on the date indicated below.

Dated:  March 2, 2015                                     /s/ Beverly A. Leestma
                                                                                   Beverly A. Leestma
                                                                                   DUNN, SCHOUTEN & SNOAP
                                                                                   2745 DeHoop Avenue SW
                                                                                    Wyoming, MI  49509
                                                                                    (616) 538-6380