UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re:                                                      Chapter 7
**David W Charron,**                               Case No.   14-07970-jwb
                                                            Hon. James W. Boyd

           Debtor(s),
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the law firm of FABRIZIO & BROOK, P.C. appears on behalf of Creditor, Green Tree Servicing LLC, in this action and requests that all further pleadings and correspondence filed regarding this matter be sent to the undersigned.

                                                  FABRIZIO & BROOK, P.C.

DATED: August 5, 2015                              /s/ Brett A. Border
                                                     Brett A. Border (P65534)
                                                     700 Tower Dr, Ste 510
                                                     Troy, MI 48098
                                                     (248) 362-2600