FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No.: 1

| Case No.: | 14-07970 | | | Trustee Name: | Lisa E. Gocha |
| Case Name: | CHARRON, DAVID W | | | Date Filed (f) or Converted (c): | 12/31/2014 (f) |
| For the Period Ending: | 12/31/2015 | | | §341(a) Meeting Date: | 02/09/2015 |
| | | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  Possible fraudulent transfers to debtors children (u) | $0.00 | Unknown | | $0.00 | Unknown |
| 2  Residence at 11451 Bowers Drive, Lowell, MI | $334,600.00 | $0.00 | | $0.00 | FA |
| 3  Property at 2975 Boynton NE, Ada, MI 49331 | $120,800.00 | $0.00 | | $0.00 | FA |
| 4  Property at 2925 Boynton NE, Ada, MI | $50,400.00 | $47,110.47 | | $0.00 | FA |
| 5  Founders Bank & Trust - Checking Account | $33.19 | $0.00 | | $0.00 | FA |
| 6  Lake Michigan Credit Union - Checking Account | $12.61 | $0.00 | | $0.00 | FA |
| 7  Lake Michigan Credit Union - Savings Account | $5.00 | $0.00 | | $0.00 | FA |
| 8  Mercantile Bank - Checking Account | $149.69 | $0.00 | | $0.00 | FA |
| 9  Household furnishings, equipment, tools, appliances | $5,000.00 | $0.00 | | $0.00 | FA |
| 10 Clothing | $500.00 | $0.00 | | $0.00 | FA |
| 11 Jewelry | $200.00 | $0.00 | | $0.00 | FA |
| 12 Northwestern Mutual Life term life insurance policy. $1,000,000 death benefit. No cash value. | $0.00 | $0.00 | | $0.00 | FA |
| 13 American Funds IRA | $388.71 | $0.00 | | $0.00 | FA |
| 14 CH Properties, LLC - Insolvent | $1.00 | $0.00 | | $0.00 | FA |
| 15 CH Law, LLC - Insolvent | $1.00 | $0.00 | | $0.00 | FA |
| 16 Charron & Hanisch, PLC-defunct and insolvent. | $0.00 | $0.00 | | $0.00 | FA |
| 17 Accounts receivable | $10,010.73 | $0.00 | | $0.00 | FA |
| 18 Potential 2014 tax rerunds. None expected. | $1.00 | $0.00 | | $0.00 | FA |
| 19 2003 Dodge Durango - Scrapped at Pro Am Collission for $200 towing bill | $200.00 | $0.00 | | $0.00 | FA |
| 20 2011 Mercury Mariner - 61,000 miles | $12,715.00 | $2,619.26 | | $0.00 | FA |
| 21 2004 Bennington 20' Pontoon Boat | $6,000.00 | $0.00 | | $0.00 | FA |
| 22 Charron Law Office furniture, equipment, and books | $1,000.00 | $0.00 | | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2

| Case No.: | 14-07970 | | | Trustee Name: | Lisa E. Gocha |
| Case Name: | CHARRON, DAVID W | | | Date Filed (f) or Converted (c): | 12/31/2014 (f) |
| For the Period Ending: | 12/31/2015 | | | §341(a) Meeting Date: | 02/09/2015 |
| | | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 23 Offer of judgment sanctions award in case of Morris v Morris Schnoor & Gremel, David Charron, et al - Kent County Circuit Court Case No. 09-01878-CB. Debtor was awarded $22,443.77 against Glenn Morris for offer of judgment sanctions. Amounts set off by court against judgment entered in Morris v. Schnoor, kent County, Circuit Court Case no. 07-06441-CR. Debtors appeal of the judgment entered against him recently denied by the Michigan Supreme Court | $0.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                      **Gross Value of Remaining Asset**
                               $542,017.93            $49,729.73                           $0.00                   $0.00

**Major Activities affecting case closing:**
11/19/2015    Investigating fraudulent transfers

| Initial Projected Date Of Final Report (TFR): | 11/19/2016 | Current Projected Date Of Final Report (TFR): | 11/19/2016 | /s/ LISA E. GOCHA |
| | | | | LISA E. GOCHA |