UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN
GRAND RAPIDS DIVISION

| In re: | § | Case No. 14-07970-JWB |
|---|---|---|
| | § | |
| DAVID W CHARRON | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Lisa E. Gocha, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $509,364.00 | Assets Exempt: | $1,032,653.93 |
| Total Distributions to Claimants: | $3,733.38 | Claims Discharged Without Payment: | $978,041.99 |
| Total Expenses of Administration: | $1,266.62 | | |

3) Total gross receipts of $5,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $5,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $1,437,389.43 | $957,188.68 | $957,188.68 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $1,266.62 | $1,266.62 | $1,266.62 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $56,519.30 | $38,705.02 | $38,705.02 | $3,733.38 |
| General Unsecured Claims (from **Exhibit 7**) | $929,939.44 | $513,677.25 | $513,677.25 | $0.00 |
| **Total Disbursements** | $2,423,848.17 | $1,510,837.57 | $1,510,837.57 | $5,000.00 |

4). This case was originally filed under chapter 7 on 12/31/2014. The case was pending for 29 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/04/2017     By: /s/ Lisa E. Gocha
                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Possible fraudulent transfers to debtors children | 1129-000 | $5,000.00 |
| **TOTAL GROSS RECEIPTS** | | $5,000.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Kent County Treasurer | 4110-000 | $3,289.53 | $3,177.50 | $3,177.50 | $0.00 |
| 1a | Kent County Treasurer | 4700-000 | $3,289.53 | $3,177.50 | $3,177.50 | $0.00 |
| 2 | Kent County Treasurer | 4110-000 | $5,541.37 | $2,466.88 | $2,466.88 | $0.00 |
| 2a | Kent County Treasurer | 4700-000 | $3,289.53 | $2,466.88 | $2,466.88 | $0.00 |
| 3 | Kent County Treasurer | 4110-000 | $3,289.53 | $1,949.50 | $1,949.50 | $0.00 |
| 3a | Kent County Treasurer | 4700-000 | $3,289.53 | $1,949.50 | $1,949.50 | $0.00 |
| 4 | Kent County Treasurer | 4110-000 | $5,541.37 | $1,420.52 | $1,420.52 | $0.00 |
| 4a | Kent County Treasurer | 4700-000 | $3,289.53 | $1,420.52 | $1,420.52 | $0.00 |
| 5 | Kent County Treasurer | 4110-000 | $3,289.53 | $1,321.57 | $1,321.57 | $0.00 |
| 5a | Kent County Treasurer | 4700-000 | $3,289.53 | $1,321.57 | $1,321.57 | $0.00 |
| 6 | Kent County Treasurer | 4110-000 | $3,289.53 | $2,369.43 | $2,369.43 | $0.00 |
| 6a | Kent County Treasurer | 4700-000 | $3,289.53 | $2,369.43 | $2,369.43 | $0.00 |
| 7 | Internal Revenue Service | 4110-000 | $773,647.40 | $874,520.76 | $874,520.76 | $0.00 |
| 10 | Kent County Treasurer | 4110-000 | $3,289.53 | $12,229.52 | $12,229.52 | $0.00 |
| 11 | Kent County Treasurer | 4110-000 | $3,289.53 | $7,060.56 | $7,060.56 | $0.00 |
| 15 | Old National | 4110-000 | $38,123.62 | $37,967.04 | $37,967.04 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| | Bank | | | | | |
| | Ada Township | 4110-000 | $1,334.41 | $0.00 | $0.00 | $0.00 |
| | Big Crooked Lake Condo Ass'n | 4110-000 | $1,440.00 | $0.00 | $0.00 | $0.00 |
| | GreenTree | 4110-000 | $311,902.41 | $0.00 | $0.00 | $0.00 |
| | Internal Revenue Service | 4110-000 | $43,607.97 | $0.00 | $0.00 | $0.00 |
| | Internal Revenue Service | 4110-000 | $166,055.78 | $0.00 | $0.00 | $0.00 |
| | Kimberly Jo Charron | 4110-000 | $30,300.00 | $0.00 | $0.00 | $0.00 |
| | Parkland Investments Inc. | 4110-000 | $6,500.00 | $0.00 | $0.00 | $0.00 |
| | Realico, Inc. | 4110-000 | $6,420.74 | $0.00 | $0.00 | $0.00 |
| | William C. Charron | 4110-000 | $7,500.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $1,437,389.43 | $957,188.68 | $957,188.68 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Lisa E. Gocha, Trustee | 2100-000 | NA | $1,250.00 | $1,250.00 | $1,250.00 |
| Insurance Partners Agency, Inc. | 2300-000 | NA | $6.54 | $6.54 | $6.54 |
| Bank of Texas | 2600-000 | NA | $10.08 | $10.08 | $10.08 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,266.62 | $1,266.62 | $1,266.62 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7a | Internal Revenue Service | 5800-000 | $29,990.15 | $19,414.94 | $19,414.94 | $3,733.38 |
| 10a | Kent County Treasurer | 5800-000 | $3,289.53 | $12,229.52 | $12,229.52 | $0.00 |
| 11a | Kent County Treasurer | 5800-000 | $3,289.53 | $7,060.56 | $7,060.56 | $0.00 |
| | City of Grand Rapids | 5800-000 | $283.08 | $0.00 | $0.00 | $0.00 |
| | Internal Revenue Service | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Michigan Dept of Treasury | 5800-000 | $4,274.00 | $0.00 | $0.00 | $0.00 |
| | Michigan Dept of Treasury | 5800-000 | $7,717.00 | $0.00 | $0.00 | $0.00 |
| | Michigan Dept of Treasury | 5800-000 | $676.01 | $0.00 | $0.00 | $0.00 |
| | Michigan Dept of Treasury | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Michigan Dept of Treasury | 5800-000 | $7,000.00 | $0.00 | $0.00 | $0.00 |
| | Michigan Dept of Treasury | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $56,519.30 | $38,705.02 | $38,705.02 | $3,733.38 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7b | Internal Revenue Service | 7100-000 | $10,797.78 | $646.17 | $646.17 | $0.00 |
| 8 | Discover Bank | 7100-000 | $14,687.69 | $14,687.69 | $14,687.69 | $0.00 |
| 9 | Navient Solutions, Inc. | 7100-000 | $20,000.00 | $16,511.79 | $16,511.79 | $0.00 |
| 12 | PNC BANK N.A. | 7100-000 | $128,165.74 | $131,000.96 | $131,000.96 | $0.00 |
| 13 | American Express Bank FSB | 7100-000 | $2,138.82 | $2,406.32 | $2,406.32 | $0.00 |
| 14 | Glenn S. Morris and the Glenn S. Morris Trust | 7100-000 | $344,706.40 | $348,424.32 | $348,424.32 | $0.00 |
| | 4949 Plainfield LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Advanced Radiology Services | 7100-000 | $155.70 | $0.00 | $0.00 | $0.00 |
| | Attorney Grievance Commission | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Bank of America | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Brennan Family Dentistry | 7100-000 | $1,022.26 | $0.00 | $0.00 | $0.00 |
| | CH Law, PC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Charron & Hanisch, PLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | CitiMortgage, Inc. | 7100-000 | $190,447.85 | $0.00 | $0.00 | $0.00 |
| | Founders Bank & Trust | 7100-000 | $1,779.70 | $0.00 | $0.00 | $0.00 |
| | Founders Bank & Trust | 7100-000 | $152,000.00 | $0.00 | $0.00 | $0.00 |

|  |  |  |  |  |  |
|---|---|---:|---:|---:|---:|
| Glenn Morris | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Glenn S. Morris Trust | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Joseph Krzewski | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Mercy Health Physician Partner | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| PNC Bank | 7100-000 | $48,502.15 | $0.00 | $0.00 | $0.00 |
| PNC Bank | 7100-000 | $15,535.35 | $0.00 | $0.00 | $0.00 |
| Priority Health | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Saint Mary's Health Care | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Title Check, LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $929,939.44 | $513,677.25 | $513,677.25 | $0.00 |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 14-07970 | Trustee Name: | Lisa E. Gocha |
|---|---|---|---|
| Case Name: | CHARRON, DAVID W | Date Filed (f) or Converted (c): | 12/31/2014 (f) |
| For the Period Ending: | 5/4/2017 | §341(a) Meeting Date: | 02/09/2015 |
| | | Claims Bar Date: | 01/05/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Possible fraudulent transfers to debtors children | $9,333.88 | $0.00 | | $5,000.00 | FA |
| 2 | Residence at 11451 Bowers Drive, Lowell, MI | $334,600.00 | $0.00 | | $0.00 | FA |
| 3 | Property at 2975 Boynton NE, Ada, MI 49331 | $120,800.00 | $0.00 | | $0.00 | FA |
| 4 | Property at 2925 Boynton NE, Ada, MI | $50,400.00 | $47,110.47 | | $0.00 | FA |
| 5 | Founders Bank & Trust - Checking Account | $33.19 | $0.00 | | $0.00 | FA |
| 6 | Lake Michigan Credit Union - Checking Account | $12.61 | $0.00 | | $0.00 | FA |
| 7 | Lake Michigan Credit Union - Savings Account | $5.00 | $0.00 | | $0.00 | FA |
| 8 | Mercantile Bank - Checking Account | $149.69 | $0.00 | | $0.00 | FA |
| 9 | Household furnishings, equipment, tools, appliances | $5,000.00 | $0.00 | | $0.00 | FA |
| 10 | Clothing | $500.00 | $0.00 | | $0.00 | FA |
| 11 | Jewelry | $200.00 | $0.00 | | $0.00 | FA |
| 12 | Northwestern Mutual Life term life insurance policy. $1,000,000 death benefit. No cash value. | $0.00 | $0.00 | | $0.00 | FA |
| 13 | American Funds IRA | $388.71 | $0.00 | | $0.00 | FA |
| 14 | CH Properties, LLC - Insolvent | $1.00 | $0.00 | | $0.00 | FA |
| 15 | CH Law, LLC - Insolvent | $1.00 | $0.00 | | $0.00 | FA |
| 16 | Charron & Hanisch, PLC-defunct and insolvent. | $0.00 | $0.00 | | $0.00 | FA |
| 17 | Accounts receivable | $10,010.73 | $0.00 | | $0.00 | FA |
| 18 | Potential 2014 tax rerunds. None expected. | $1.00 | $0.00 | | $0.00 | FA |
| 19 | 2003 Dodge Durango - Scrapped at Pro Am Collission for $200 towing bill | $200.00 | $0.00 | | $0.00 | FA |
| 20 | 2011 Mercury Mariner - 61,000 miles | $12,715.00 | $2,619.26 | | $0.00 | FA |
| 21 | 2004 Bennington 20' Pontoon Boat | $6,000.00 | $0.00 | | $0.00 | FA |
| 22 | Charron Law Office furniture, equipment, and books | $1,000.00 | $0.00 | | $0.00 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 14-07970 | Trustee Name: | Lisa E. Gocha |
|---|---|---|---|
| Case Name: | CHARRON, DAVID W | Date Filed (f) or Converted (c): | 12/31/2014 (f) |
| For the Period Ending: | 5/4/2017 | §341(a) Meeting Date: | 02/09/2015 |
| | | Claims Bar Date: | 01/05/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 23 Offer of judgment sanctions award in case of Morris v Morris Schnoor & Gremel, David Charron, et al - Kent County Circuit Court Case No. 09-01878-CB. Debtor was awarded $22,443.77 against Glenn Morris for offer of judgment sanctions. Amounts set off by court against judgment entered in Morris v. Schnoor, kent County, Circuit Court Case no. 07-06441-CR. Debtors appeal of the judgment entered against him recently denied by the Michigan Supreme Court | $0.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**

| | | | | **Gross Value of Remaining Assets** | |
|---|---|---|---|---|---|
| | $551,351.81 | $49,729.73 | | $5,000.00 | $0.00 |

**Major Activities affecting case closing:**

| 10/05/2016 | settlement reached, filed with the court |
|---|---|
| 11/19/2015 | Investigating fraudulent transfers |

| Initial Projected Date Of Final Report (TFR): | 11/19/2016 | /s/ LISA E. GOCHA |
|---|---|---|
| Current Projected Date Of Final Report (TFR): | 06/01/2017 | LISA E. GOCHA |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 14-07970 | | | Trustee Name: | Lisa E. Gocha |
|---|---|---|---|---|---|
| Case Name: | CHARRON, DAVID W | | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***2174 | | | Checking Acct #: | ******3765 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 12/31/2014 | | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 5/4/2017 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/22/2016 | (1) | Dunn Schouten & Snoap | Payment re: fraud transfers | 1129-000 | $5,000.00 | | $5,000.00 |
| 11/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $2.05 | $4,997.95 |
| 12/07/2016 | 3001 | Insurance Partners Agency, Inc. | Blanket Bond 11/01/16-11/01/17 | 2300-000 | | $6.54 | $4,991.41 |
| 12/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $8.03 | $4,983.38 |
| 02/15/2017 | 3002 | Lisa E. Gocha | Trustee Compensation | 2100-000 | | $1,250.00 | $3,733.38 |
| 02/15/2017 | 3003 | Internal Revenue Service | | 5800-000 | | $3,733.38 | $0.00 |
| | | | **TOTALS:** | | $5,000.00 | $5,000.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $5,000.00 | $5,000.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $5,000.00 | $5,000.00 | |

**For the period of 12/31/2014 to 5/4/2017**

| | |
|---|---|
| Total Compensable Receipts: | $5,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 11/22/2016 to 5/4/2017**

| | |
|---|---|
| Total Compensable Receipts: | $5,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 14-07970 | **Trustee Name:** Lisa E. Gocha |
| **Case Name:** | CHARRON, DAVID W | **Bank Name:** Bank of Texas |
| **Primary Taxpayer ID #:** | **-***2174 | **Checking Acct #:** ******3765 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** |
| **For Period Beginning:** | 12/31/2014 | **Blanket bond (per case limit):** $1,000,000.00 |
| **For Period Ending:** | 5/4/2017 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $5,000.00 | $5,000.00 | $0.00 |

| For the period of 12/31/2014 to 5/4/2017 | | For the entire history of the case between 12/31/2014 to 5/4/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $5,000.00 | Total Compensable Receipts: | $5,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,000.00 | Total Comp/Non Comp Receipts: | $5,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $5,000.00 | Total Compensable Disbursements: | $5,000.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,000.00 | Total Comp/Non Comp Disbursements: | $5,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ LISA E. GOCHA

LISA E. GOCHA